IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHAN SINQUA DAVIS, #189860,      )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CASE NO. 2:10-cv-70-TMH
                                   )        [wo]
LEEPOSEY DANIELS, et al.,          )
                                   )
        Defendants.                )

## ORDER

On August 15, 2011, the Magistrate Judge issued a Recommendation (Doc. 48) to which no timely objections were made.  Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1.      The Recommendation (Doc. 48) is ADOPTED.

2.      This case is dismissed without prejudice for failure of the plaintiff to prosecute this action.

DONE this 15th   day of September, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE